153 So. 659

## LIFE & CASUALTY INS. CO. OF TENNESSEE v. Paul P. WALDROP.
### 6 Div. 540.

Supreme Court of Alabama.
March 22, 1934.

Moreau P. Estes, of Nashville, Tenn., for petitioner.

G. P. Benton, of Fairfield, for respondent.

KNIGHT, Justice.

Petition of the Life & Casualty Insurance Company of Tennessee for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Life & Casualty Co. v. Waldrop, 153 So. 656.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.